IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SIDNEY MARTS,

    Petitioner,

v.                               CASE NO. 4:19cv228-RH-CAS

MARK S. INCH, Secretary,
Florida Department of Corrections,

    Respondent.

_____/

## ORDER DISMISSING THE PETITION

This petition for a writ of habeas corpus under 28 U.S.C. § 2241 is before the court on the magistrate judge's report and recommendation, ECF No. 28, and the objections ECF No. 29. I have reviewed de novo the issues raised by the objections. This order accepts the report and recommendation, adopts it as the court's opinion, and dismisses the § 2241 petition.

IT IS ORDERED:

1. The report and recommendation is accepted.

2. The respondent's motion to dismiss, ECF No. 19, is granted.

3. The petitioner's motions, ECF Nos. 22, 24, and 25, are denied as moot.

4. The clerk must enter judgment stating, "The petition for relief under 28 U.S.C. § 2241 is dismissed."

5. The clerk must close the file.

SO ORDERED on November 22, 2019.

s/Robert L. Hinkle<br>
United States District Judge